| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter: Last, First, Middle):<br>**Johnson, Mildred Ann** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Johnson, Sr., Gregory** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1440 N. Menard Ave.**<br>**Chicago, IL 60651** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1440 N. Menard Ave.**<br>**Chicago, IL 60651** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>[X] Individual(s)　　　　[ ] Railroad<br>[ ] Corporation　　　　　[ ] Stockbroker<br>[ ] Partnership　　　　　[ ] Commodity Broker<br>[ ] Other _____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>[ ] Chapter 7　　[ ] Chapter 11　　[X] Chapter 13<br>[ ] Chapter 9　　[ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business　　[ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(optional) | |

**Statistical/Administrative Information** (Estimates only)
[X] Debtor estimates that funds will be available for distribution to unsecured credito
[ ] Debtor estimates that, after any exempt property is excluded and administrative  be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>[ ] | 16-49<br>[X] | 50-99<br>[ ] | 100-199<br>[ ] | |
|---|---|---|---|---|---|

| Estimated Assets | | | | | |
|---|---|---|---|---|---|
| $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[X] | $500,001 to<br>$1 million<br>[ ] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] |

| Estimated Debts | | | | | |
|---|---|---|---|---|---|
| $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[X] | $500,001 to<br>$1 million<br>[ ] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] |

THIS SPACE FOR COURT USE ONLY

**U.S. Bankruptcy Court**
**Northern District Of Illinois**
**Filed: 03/26/2004**
**Time: 15:26:08**
**Debtor: MILDRED ANN JOHNSON**
**Case: 04-12099       Fee : 194**
**Chapter: 13 Rec. # : 3071306**
**Judge: Carol Doyle**
**341 mtg: 04/21/2004 @ 12:00PM**
**ConfHrg: 05/27/2004 @ 11:00AM**
**Trustee: MARILYN MARSHALL**

1:04BK12099-BK001

*(handwritten/stamp margin text: Chapter 13W/Plan)*

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mildred Ann Johnson**<br>**Gregory Johnson, Sr.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporate/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specific in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X *Mildred Johnson*<br>Signature of Debtor<br><br>X *Gregory Johnson, Sr*<br>Gregory Johnson, Sr | X **Not Applicable**<br>Signature of Authorized Individual<br><br>**Not Applicable**<br>Print or Type Name of Authorized Individual<br><br>**Not Applicable**<br>Title of Authorized Individual |
| Telephone Number (If not represented by attorney)<br><br>3-26-04<br>Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X *Morris A. Seeskin*<br>Signature of Attorney for Debtor(s)<br>**Morris A. Seeskin, 2540681**<br>Printed Name of Attorney for Debtor(s)<br>**Fein and Seeskin**<br>Firm Name<br>**818 Harrison St., #210**<br>Address<br>**Oak Park, IL 60304**<br><br><br>**(708)524-2375**<br>Telephone Number<br><br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br>**Not Applicable**<br>Printed Name of Bankruptcy Preparer<br>Social Security Number<br>Address |

| | **Not Applicable** |
|---|---|
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>[ ] Exhibit A is attached and made a part of this petition. | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br>**Not Applicable**<br>If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person. |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X *Morris Seeskin*   3/26/04<br>Signature of Attorney for Debtor(s)   Date | X _____<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In reMildred Ann Johnson          Gregory Johnson, Sr.          Case No. _____
     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                       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

                                                                Chapter 13

## SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 185,000 | | |
| B - Personal Property | YES | 2 | $ 92 | | |
| C - Property Claimed As Exempt | YES | | | | |
| D - Creditors Holding Secured Claims | YES | | | 123,88 | |
| E - Creditors Holding Unsecured Priority Claims | YES | | | 3,123 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | | | 79,38 | |
| G - Executory Contracts and Unexpired Leases | YES | | | | |
| H - Codebtors | YES | | | | |
| I - Current Income of Individual Debtor(s) | YES | | | | 3,888.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | | | | 3,249.72 |
| Total Number of sheets in ALL Schedules > > | | | | | |
| Total Assets > > | | | $ 185,92 | | |
| Total Liabilities > > | | | | $ 206,397.56 | |

In reMildred Ann Johnson        Gregory Johnson, Sr.        Case No. _____
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                     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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1440 N. Menard Ave. Chicago, IL 60651 | Fee Simple | W | 185,000.00 | 123,884.77 |
| | | TOTAL » | 185,000.00 | |

In reMildred Ann Johnson        Gregory Johnson, Sr.      Case No. _____
   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                  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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | Misc. cash on hand | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Checking account #8314333601 at Charter One Bank | | 75.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | 1/2 of misc. household goods and furnishings, owned equally with husband, Gregory Johnson, Sr. | | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | Misc. used wearing apparel | | 100.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |

Schedule B - Page 1

In reMildred Ann Johnson          Gregory Johnson, Sr.          Case No. _____
        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                  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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property. Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 1/2 interest in 1988 Jeep with over 200,000 miles together with husband Gregory Johnson, Sr. | | 250.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed. Itemize. | NONE | | 0.00 |

TOTAL »          925.00

In reMildred Ann Johnson       Gregory Johnson, Sr.       Case No. _____
      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                    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

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[ ]   11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[X]   11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1/2 interest in 1988 Jeep with over 200,000 miles together with husband Gregory Johnson, Sr. | 735 ILCS 5/12-1001(c) | 250.00 | 250.00 |
| 1/2 of misc. household goods and furnishings, owned equally with husband, Gregory Johnson, Sr. | 735 ILCS 5/12-1001(b) | 400.00 | 400.00 |
| 1440 N. Menard Ave. Chicago, IL 60651 | 735 ILCS 5/12-901 | 7,500.00 | 185,000.00 |
| Checking account #8314333601 at Charter One Bank | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| Misc. cash on hand | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Misc. used wearing apparel | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

In reMildred Ann Johnson        Gregory Johnson, Sr.      Case No. _____
      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                 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

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. XXXXXXXXXXXXXX6048<br><br>Bank One<br>Retail Lending Dept.<br>Mail Code W11 4030<br>PO Box 2071<br>Milwaukee, WI 53201 | NO | J | **Dec. 30, 1999**<br>**Second Mortgage**<br><br>Home at 1440 N. Menard, Chicago, IL 60651<br><br><br>VALUE $          185,000.00 | | 37,916.00 | 0.00 |
| ACCT. NO. 006237435<br><br>Countrywide Home Loans<br>PO Box 66094<br>Dallas, TX 75266 | NO | W | **April, 1999**<br>**First Mortgage**<br><br>Single-family residence at 1440 N. Menard Chicago, IL<br><br>VALUE $           85,968.77 | | 85,968.77 | 0.00 |

|  |  |
|---|---|
| Subtotal »<br>(Total of this page) | 123,884.77 |
| TOTAL » | 123,884.77 |

Schedule D - Page 1 of 1

In reMildred Ann Johnson      Gregory Johnson, Sr.      Case No. _____
   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                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

# Schedule E - Creditors Holding Unsecured Priority Claims

[ ]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]  Extensions of credit in an involuntary case

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
   before the earlier of the appointment of a trustee or the order for relief.  11  U.S.C. § 507(a)(2).

[ ]  Wages, salaries, and commissions

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
   owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding
   the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §
   507(a)(3).

[ ]  Contributions to employee benefit plans

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
   petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  Certain farmers and fishermen

   Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.
   § 507(a)(5).

[ ]  Deposits by individuals

   Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family,
   or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

[ ]  Alimony, Maintenance, or Support

   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11
   U.S.C. § 507(a)(7).

[X]  Taxes and Other Certain Debts Owed to Governmental Units

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §
   507(a)(8).

[ ]  Commitments to Maintain the Capital of an Insured Depository Institution

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency,
   or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an
   insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]  Other Priority Debts

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In reMildred Ann Johnson        Gregory Johnson, Sr.        Case No. _____
      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                    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

# Schedule E - Creditors Holding Unsecured Priority Claims

### TYPE OF PRIORITY:  Taxes and other certain debts owed to governmental units

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCT. NO. 0107478828<br><br>Small Business Administration<br>Scottsbluff, NE 69361 | NO | H | Nov. 13, 1997<br><br>Disaster Loan | | 3,123.34 | 3,123.34 |

|  | Subtotal »<br>(Total of this page) | 3,123.34 |
|---|---|---|
|  | TOTAL » | 3,123.34 |

In reMildred Ann Johnson     Gregory Johnson, Sr.     Case No. _____
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               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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. XXXXXXXXXXXXXX5413 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | | Aug., 1999 - <br><br> Misc. goods and services | | 2,447.00 |
| ACCT. NO. XXXXXXXXXXXXXX2721 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | | May, 1999 - <br><br> Misc. goods and services | | 1,219.00 |
| ACCT. NO. XXXXXXXXXXXXXX1551 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | | July, 2000 - <br><br> Misc. goods and services | | 3,823.00 |
| ACCT. NO. XXXXXXXXXXXXXX5413 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | | Aug. 1999 <br><br> Misc. goods and services | | 49.00 |
| ACCT. NO. XXXXXXXXX1852 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | H | 5/99 - 12/02 <br><br> Misc. goods and services | | 732.00 |
| ACCT. NO. XXXXXXXXX1834 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | H | 5/02 - 10/02 <br><br> Nisc. goods and services | | 11,460.00 |
| ACCT. NO. XXXXXXXXX1832 <br><br> American Express <br> PO Box 7871 <br> Ft. Lauderdale, FL 33329 | NO | H | 5/99 - 6/02 <br><br> Misc. hoods and services | | 817.00 |
| ACCT. NO. XXXXXXXXXXX1002 <br><br> American Express Bank <br> c/o RCS Centre Corp. <br> PO Box 10908 <br> Larkspur, CA 94912-0908 | NO | H | Various <br><br> Misc. goods and services | | 11,460.29 |
| ACCT. NO. 21333... <br><br> Carson, Pirie Scott <br> 140 W. Industrial Dr. <br> Elmhurst, IL 60126 | NO | | July, 1997 - <br><br> Misc. goods | | 144.00 |

Subtotal »
(Total of this page)

| 32,151.29 |
|---|

In re Mildred Ann Johnson     Gregory Johnson, Sr.     Case No. _____
       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              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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. XXXXXXXX1032 <br><br> Chase National Bank <br> c/o Portfolio Recovery <br> Riverside Commerce Center <br> 120 Corporate Blvde. <br> Norfolk, VA 23502-4962 | NO | | 4/98 - 11/01 <br><br> Misc. goods and services | | 7,264.00 |
| ACCT. NO. 3888151007 <br><br> Commonwealth Edison <br> Customer Care Center <br> c/o Revenue Management <br> 2100 Swift Dr. <br> Oak Brook, IL 60523 | NO | | 2004 <br><br> Electric Service | | 569.89 |
| ACCT. NO. XXXXXXXX6061 <br><br> Discover Financial <br> 12 Reads Way <br> New Castle, DE 19720-1649 | NO | | 3/99 - 7/01 <br><br> Misc. goods and services | | 3,122.00 |
| ACCT. NO. XXXXXXXXXXXX8491 <br><br> Fingerhut <br> c/o Asset Acceptance, LLC <br> PO Box 2036 <br> Warren, MI 48090-2036 | NO | | Unknown <br><br> Unknown | DISPUTED | 925.93 |
| ACCT. NO. XXXXXXXX0366 <br><br> Fleet Credit Cards <br> 200 Tournament Dr. <br> Horsham, PA 19044 | NO | | Jan., 2001 - <br><br> Misc. goods and services | | 7,725.00 |
| ACCT. NO. 03M1-131338 <br><br> Ford Motor Credit <br> c/o Louis S. Friedman <br> PO Box 3107 <br> Naperville, IL 60566-7107 | NO | | May 1, 2000 <br><br> Car loan | | 11,831.77 |
| ACCT. NO. 850373... <br><br> Midland Credit Management <br> PO Box 939019 <br> San Diego, CA 92193 | NO | | Sept., 2001 - <br><br> Misc. goods and services | | 1,681.00 |
| ACCT. NO. FIRST CON XX0374 <br><br> Midland Credit Management <br> 5775 Roscoe Ct. <br> San Diego, CA 92123-1356 | NO | J | 88 - 01 <br><br> Misc. goods and services | | 6,117.00 |

Subtotal »
(Total of this page)

39,236.59

In re Mildred Ann Johnson      Gregory Johnson, Sr.      Case No. _____
     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               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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 9 5000 1119 3261    NO<br><br>People's Energy<br>139 E. Randolph Dr.<br>Chicago, IL 60601 | | | 2003-2004<br><br>Natural gas service | | 1,397.57 |
| ACCT. NO. 35606366...    NO<br><br>Retailers National Bank<br>PO Box 9475<br>Minneapolis, MN 55440 | | | Dec., 1998 -<br><br>Misc. goods | | 900.00 |
| ACCT. NO. XXX9803    NO<br><br>Risk Management Alt<br>2675 Breckinridge Blvd.<br>Duluth, GA 30096 | | | Feb, 2002-Jul, 2003<br><br>Cell phone service | | 396.00 |
| ACCT. NO. 023660110124...    NO<br><br>Sherman Acquisition (Wickes)<br>PO Box 740281<br>Houston, TX 77274 | | | May, 2001<br><br>Furniture | | 5,308.00 |

Subtotal »
(Total of this page) | 8,001.57 |

TOTAL » | 79,389.45 |

Schedule F - Page 3 of 3

In reMildred Ann Johnson      Gregory Johnson, Sr.      Case No. _____
        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              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

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

In re Mildred Ann Johnson          Gregory Johnson, Sr.      Case No.  _____
       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                 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

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **46**<br>Spouse's Age: **45** | NAMES<br>**NONE** | AGE | RELATIONSHIP |
| EMPLOYMENT: | DEBTOR | | SPOUSE |
| Occupation | **School bus driver** | | **Sorter** |
| How long employed | **2 years** | | **27 years** |
| Name and Address of Employer | **All Town Bus Co.**<br>**2345 W. Nelson**<br>**Chicago, IL 60618** | | **United Parcel Service**<br>**1400 S. Jefferson St.**<br>**Chicago, IL 60607** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 176.00 | $ | 4,381.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 176.00 | $ | 4,381.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.) Payroll taxes and social security | $ | 17.53 | $ | 731.37 |
| b.) Insurance | $ | 0.00 | $ | 21.02 |
| c.) Union dues | $ | 0.00 | $ | 66.08 |
| d.) Other | | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 17.53 | $ | 818.47 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 158.47 | $ | 3,562.53 |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ | 167.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 158.47 | $ | 3,729.53 |

TOTAL COMBINED MONTHLY INCOME      $      **3,888.00**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**None**

Schedule I - Page 1

In re Mildred Ann Johnson        Gregory Johnson, Sr.        Case No. _____
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                      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

# Schedule J - Current Expenditures Of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,352.49 |
|     Are real estate taxes included?  [x] Yes  [ ] No | | |
|     Is property insurance included?  [x] Yes  [ ] No | | |
| Utilities:  Electricity and heating fuel | $ | 210.00 |
|     Water and sewer | $ | 56.00 |
|     Telephone | $ | 65.00 |
|     Other: | $ | 0.00 |
| Home Maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 325.00 |
| Clothing | $ | 60.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 25.00 |
| Transportation (not including car payments) | $ | 225.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 59.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 160.00 |
|     Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) **income tax - private chef** | $ | 62.23 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ | 0.00 |
| Other:  **college expenses - son** | $ | 400.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES  (Report also on Summary of Schedules) | $ | 3,249.72 |

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly,
monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | 3,888.00 |
| B.  Total projected monthly expenses | $ | 3,249.72 |
| C.  Excess income (A minus B) | $ | 638.28 |
| D.  Total amount to be paid into plan    **Monthly** | $ | 638.28 |

In reMildred Ann Johnson      Gregory Johnson, Sr.      Case No. _____
      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                  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

# Declaration Concerning Debtor's Schedules

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   14 sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___3-26-04_____      Signature _____
                                          Mildred Ann Johnson

Date ___3-26-04_____      Signature _____
                                          Gregory Johnson, Sr.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

**(NOT APPLICABLE)**

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Mildred Ann Johnson     Gregory Johnson, Sr.     Case No.
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                   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              Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS

None
[ ]

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|--------|--------|--------------------|
| 33,155.00 | Wages and businesses | 2001 |
| 64,661.00 | Wages and businesses | 2002 |

None
[X]

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[ ]

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|------------------------|
| Amalgamated Bank v. Gregory Johnson | | | |
| Bank One, NA v. Gregory Johnson, Mildred Johnson, et al. 03 CH 13482 | Mortgage Foreclosure | Circuit Court of Cook County/Chicago, IL | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ford Motor Credit v. Mildred Johnson 03 M1 - 131338 | Suit to collect balance on car loan | Circuit Court of Cook County/Chicago, IL | Judgment entered on 1/20/04 |

None
[X]

   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
[X]

   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
[X]

   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
[X]

   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
[X]

   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
[ ]

   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fein and Seeskin 818 Harrison St. Oak Park, IL 60304 | March 19, 2004 Gregory Johnson (husband) | $225.00 |

## 10. Other transfers

None
[X]

   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
[ ]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Adonis Johnson<br>1440 N. Menard<br>Chicago, IL 60651 | 1994 Mercury Marquis<br>$1,500.00 | Adonis has the car with him at college. He goes to Elmhurst College and resides in Lombard, IL. |

## 15. Prior address of debtor

None
[ ]

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 4327 W. 18th St.<br>Chicago, IL 60623 | Mildred Ann Johnson | 1978-1983 |

## 16. Nature, location and name of business

None
[ ]

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | DATES OF OPERATION BEGINNING | ENDING |
| --- | --- | --- | --- |
| Gregory Johnson<br>1440 N. Menard<br>Chicago, IL 60651 | Private chef | 2001 | - |
| Sunshine Home Day Care<br>1440 N. Menard Ave.<br>Chicago, IL 60651 | Home Day Care | 1996 | 2001 |

## 17. Books, records and financial statements

None
[ ]

    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Shirley Howell**<br>**4556 Morning Glory Dr.**<br>**Matteson, IL 60443** | 2002 - |

None
[X]

    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
[X]

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
[X]

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

## 18. Inventories

None
[X]

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
[X]

    b. List the name and address of the person having possession of the records of each of the two inventories reported in 18a., above.

## 19. Current Partners, Officers, Directors and Shareholders

None
[X]

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
[X]

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

## 20. Former partners, officers, directors and shareholders

None
[X]

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
[X]

    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 21. Withdrawals from a partnership or distributions by a corporation

None
[X]

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   3-26-04      Signature _Mildred Johnson_
                               Mildred Ann Johnson

Date   3-26-04      Signature _Gregory Johnson_
                               Gregory Johnson, Sr.

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In reMildred Ann Johnson        Gregory Johnson, Sr.        Case No.
    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                  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                 Chapter 13

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $      1,135.00

    Prior to filing this statement, I have received                                $         31.00

    Balance Due                                                                    $      1,104.00

2.  The source of compensation paid to me is:

    [ ] Debtor                  [X] Other(specify)    **from spouse's earnings, wages and
                                                      compensation.**

3.  The source of compensation to be paid to me is:

    [ ] Debtor                  [X] Other(specify)    **N/A**

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

    b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

    c)  Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

    d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)  (Other provisions as needed)

        **NONE**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

    **adversary and appellate work**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    3-26-04

Morris A. Seeskin, Bar No: 2540681
Fein and Seeskin
Attorney for Debtor(s)

### UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In Re:  )
    **Mildred Ann Johnson**  )
    **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**  )
      )
    **Gregory Johnson, Sr.**  )    NO. _____
    **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**  )
      )
      )    JUDGE: **NONE** _____
      )


## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Mildred Ann Johnson and Gregory Johnson, Sr.**
(here insert all parties represented by affiant)

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception"):

    **No exception**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception"):

    **No exception**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that a signed copy thereof has been furnished to each party he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on _____3-26-04_____
        Date

_____
    Morris A. Seeskin, Affiant

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re Mildred Ann Johnson        Gregory Johnson, Sr.        Case No. _____
    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                      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

Chapter 13

# APPLICATION/ORDER FOR FEES

### Memorandum of Receipts and Disbursements

### Statement of Attorney Pursuant to Bankruptcy Rule 2016(b);

### and Order Thereon

**TO THE HONORABLE BANKRUPTCY JUDGE:**

Applicant hereby makes application for fees and represents that the fee arrangement in this proceeding is as follows:

1. That Applicant, as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan. The services include interviews with debtor; the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the § 341 meeting and confirmation hearing.

2. That Applicant believes a reasonable fee for said services to be $1,135.00 and prays that said fee be approved and allowed.

3. That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

| | | |
|---|---|---|
| Total Received | | **$225.00** |
| Disbursements | | |
| Filing fee | **$194.00** | |
| Trustee | **$0.00** | |
| Other | **$0.00** | |
| Total Disbursements | | **$194.00** |
| Amount applied to attorneys' fees | | **$31.00** |
| Balance of attorneys' fees | **$1,104.00** | |

The total of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of $225.00, including fees reserved for Chapter 13.

4. That in addition to the foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

   (a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

   (b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was:

   **Earnings - balance of fee to be paid on behalf of Debtors by Signature Group Legal Service Plan.**

   (c) The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except:

   **None**

Dated: 3-26-04

Morris A. Lefkin
2540681
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Mildred Ann Johnson          Gregory Johnson, Sr.          Case No. _____
     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                    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                   Chapter 13

# ORDER

The sum of $_____ *0* _____ is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $_____ *0* _____ from the estate in accordance with the Plan.

Dated: _____

 

United States Bankruptcy Judge _____