IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Mildred Ann | Case Number: 04 B 12099 |
|---|---|---|
| | Johnson Sr, Gregory | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 3/26/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 25,052.95 |  |
| Secured: |  | 2,634.74 |
| Unsecured: |  | 21,230.40 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,156.43 |
| Other Funds: |  | 31.38 |
| Totals: | 25,052.95 | 25,052.95 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank One | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Amalgamated Trust & Savings | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 1,972.98 | 1,972.98 |
| 5. | Bank One | Secured | 661.76 | 661.76 |
| 6. | Countrywide Home Loans Inc. | Unsecured | 350.00 | 350.00 |
| 7. | American Express Travel Relate | Unsecured | 1,416.41 | 965.39 |
| 8. | American Express Centurion | Unsecured | 1,743.37 | 1,188.24 |
| 9. | American Express Travel Relate | Unsecured | 1,138.46 | 775.95 |
| 10. | American Express Travel Relate | Unsecured | 504.84 | 344.01 |
| 11. | American Express Centurion | Unsecured | 5,225.89 | 3,561.89 |
| 12. | B-Line LLC | Unsecured | 4,812.63 | 3,280.21 |
| 13. | Portfolio Recovery Associates | Unsecured | 180.89 | 118.69 |
| 14. | Aurora Loan Service | Unsecured | 1,412.22 | 609.03 |
| 15. | Specialized Management Consultants | Unsecured | 109.70 | 60.45 |
| 16. | Portfolio Recovery Associates | Unsecured | 3,312.18 | 2,257.55 |
| 17. | Discover Financial Services | Unsecured | 1,424.00 | 970.56 |
| 18. | Resurgent Capital Services | Unsecured | 779.33 | 531.15 |
| 19. | Ford Motor Credit Corporation | Unsecured | 5,502.59 | 3,750.50 |
| 20. | Asset Acceptance | Unsecured | 425.14 | 278.98 |
| 21. | Peoples Energy Corp | Unsecured | 691.52 | 263.75 |
| 22. | Resurgent Capital Services | Unsecured | 2,822.94 | 1,924.05 |
| 23. | City Of Chicago | Priority |  | No Claim Filed |
| 24. | American Express | Unsecured |  | No Claim Filed |
| 25. | American Express | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Johnson, Mildred Ann | Case Number: 04 B 12099 |
|---|---|---|
|  | Johnson Sr, Gregory | Judge: Wedoff, Eugene R |
|  | Printed: 6/24/08 | Filed: 3/26/04 |

| | | | | |
|---|---|---|---|---|
| 26. | American Express | Unsecured | | No Claim Filed |
| 27. | American Express | Unsecured | | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. | American Express | Unsecured | | No Claim Filed |
| 30. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 31. | American Express | Unsecured | | No Claim Filed |
| 32. | Retailers National Bank | Unsecured | | No Claim Filed |
| 33. | Aurora Loan Service | Unsecured | | No Claim Filed |

                                                   _____         _____
                                                $ 34,486.85      $ 23,865.14

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 184.49 |
| 4% | 0.80 |
| 3% | 264.21 |
| 5.5% | 346.19 |
| 5% | 75.86 |
| 4.8% | 114.77 |
| 5.4% | 170.11 |
|  | _____ |
|  | $ 1,156.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                       Marilyn O. Marshall, Trustee, by:

